IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRUSTEES OF CENTRAL LABORERS'** ) <br> **PENSION, WELFARE &** ) <br> **ANNUITY FUNDS,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>   VS. ) <br> ) <br> **MICHAEL A. CLUTTS, LINDA K.** ) <br> **MORELAND and LON CHANEY,** ) <br> ) <br>     **Defendants.** ) | NO. CV 04-4030-JPG-PMF |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

    The Court having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    Dated:   August 8, 2006

                                              **NORBERT JAWORSKI, CLERK**

                                               by:s/Deborah Agans
                                               **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                 **U. S. DISTRICT JUDGE**